CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Melissa Moreno**<br>DOB: 2004; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-01303MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about October 30, 2025, in the District of Arizona, **Melissa Moreno**, knowing and in reckless disregard of the fact that certain illegal aliens, including Karem Chavelas-Morales, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 30, 2025, in the District of Arizona (Sonoita), at approximately 11:30 p.m., Border Patrol agents (BPAs) observed a dark colored 2014 Jeep Grand Cherokee bearing Arizona license plate JAVMEL travelling east on State Route (SR) 82 at a high rate of speed near mile marker 23. BPAs then observed the Jeep near mile marker 27 and noticed that the vehicle's license plate was an Arizona Cardinals plate, which was uncommon for the area. As BPAs began to follow the Jeep, they also observed that the vehicle was fluctuating its speed and travelling below the posted speed limit. This driving pattern is often seen in drivers who are conducting illicit activities and are hyper-focused on law enforcement's presence. Record checks on the Jeep returned to **Melissa Moreno** out of Tucson, Arizona. To avoid the immigration checkpoint on Interstate 19, smuggling organizations will have drivers take the less direct route back north from the border by traveling SR 82 to SR 83 and eventually Interstate 10. BPAs initiated a vehicle stop and the Jeep yielded near mile marker 32. As BPAs approached the Jeep, they noticed two occupants in the vehicle. The driver, identified as **Melissa Moreno**, stated that she was a United States citizen and provided an Arizona driver's license. An immigration inspection was performed on the passenger of the vehicle, identified as Karem Chavelas-Morales, and BPAs determined her to be a citizen of Mexico illegally present in the United States. Record checks revealed that Karem Chavelas-Morales does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Karem Chavelas-Morales stated that she is a citizen of Mexico and that she paid an initial fee of approximately $1,000 to $1,300 to be smuggled into the United States. She illegally crossed the border by jumping the fence near Nogales, Arizona. After crossing, she was dropped off at an unknown location in the United States and the coordinator told her that a black car was going to pick her up. Chavelas-Morales stated that when the black car arrived, the driver instructed her to get into the car. She got in the car and sat in the front passenger seat. Chavelas-Morales stated that the driver was on the phone, and they drove until she was arrested by Border Patrol. Chavelas-Morales was shown a six-pack of photographs that included the driver, and she identified a different individual as the driver. Chavelas-Morales and **Melissa Moreno** were arrested in the vehicle together and **Melissa Moreno** was the driver.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Karem Chavelas-Morales

| Detention Requested | SIGNATURE OF COMPLAINANT |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Taylor Garrett<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>October 31, 2025 |

<sup>1)</sup> See Federal rules of Criminal Procedure Rules 3, 4, and 54
Reviewing AUSA: Price

**Continued from front page.**

After waiving her *Miranda* rights, **Melissa Moreno** stated that she lives in Tucson, Arizona and that she needed money because she is a single mother with two children. She received the contact information for a coordinator through a friend and she contacted the coordinator on Facebook. **Moreno** stated that she was going to be paid $1,000 to transport someone to Phoenix, Arizona. She did not know the person she was transporting was going to be an illegal alien. When she drove to the Pilot in Rio Rico, Arizona she realized that the person was an illegal alien, but she allowed the individual to get into her vehicle and she began to drive around in circles until the coordinator contacted her. The coordinator instructed her to drive to Phoenix by going east on SR 82, north on SR 83, and west on Interstate 10 to drop off the individual at a location in Phoenix. **Moreno** stated that the coordinator was tracking her location through WhatsApp.